FILED
May 19, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TONG LOR,<br><br>    Defendant. | Case No. 2:21-mj-80-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TONG LOR ,

Case No.  2:21-mj-80-CKD  Charge 18 USC Section1341, from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $   50,000.00

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_\_    Appearance Bond with Surety

    \_\_\_\_\_    Corporate Surety Bail Bond

    \_\_\_\_\_    (Other):

Issued at Sacramento, California on May 19, 2021 at 2:10 pm\_\_\_\_\_.

                      By:   /s/ Carolyn Delaney

                          Magistrate Judge Carolyn K. Delaney